**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __09-33928-LMI__

☐ ___3rd___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: ___Roberto Guenechea___    CO-DEBTOR: _____
Last Four Digits of SS# __xxx-xx-2234__    Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ _154.00_ for months __1__ to __6__ ;
B. $ _155.18_ for months __7__ to __60__ ;
C. $ _____ for months ____ to ____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ _4,250.00_  TOTAL PAID $ _2,000.00_ .
                  Balance Due     $ _2,250.00_  payable $ _125.00_ month (Months __1__ to __6__ )
                                                Payable $125.00 month (Months __7__ to __18__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _n/a_
Address _____
                        Arrearage on Petition Date $ _____
                        Arrears Payment  $ _____ /month (Months ____ to ____ )
                        Arrears Payment  $ _____ /month (Months ____ to ____ )
                        Regular Payment  $ _____ /month (Months ____ to ____ )

2. _____
                        Arrears Payment  $ _____ /month (Months ____ to ____ )
                        Arrears Payment  $ _____ /month (Months ____ to ____ )
                        Regular Payment  $ _____ /month (Months ____ to ____ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| GMAC Mortgage Loan No. 0359341471 Prop: 4854 NW 7th St, #503 Miami, FL 33126 | Homestead Property $147,790.00 | 0.00 | n/a | n/a | n/a |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _n/a_
                        Total Due $ _____
                        Payable $ _____ /month (Months ____ to ____ )
                        Payable $ _____ /month (Months ____ to ____ )

Unsecured Creditors: Pay $ _13.61_ month (Months __1__ to __6__ ) Pay $14.67/mo (Mos 7 to 18) $139.67/mo (Months 19 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The debtor is paying EMC Mortgage directly outside the plan. The debtor surrenders and abandons any and all interest in the timeshare financed with Island One Inc.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_[signature]_
Debtor
Date: 05-03-10

LF-31 (rev. 06/02/08)