UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
ROBERTO GUENECHEA,                                   Case No. 09-33928-LMI
    Debtor.
_____/                     Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Notice of Hearing on Debtor's Motion to Value Homestead in Plan was sent via certified mail on this <u>8th</u> day of June 2010 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
       Robert Sanchez, Esq., FBN#0442161

SERVICE LIST:

Nancy Herkert, Trustee
ECF Registered User

GMAC Mortgage, LLC
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

GMAC Mortgage, LLC
c/o Michael Carpenter, CEO
1100 Virginia Dr.
Fort Washington, PA 19034

GMAC Mortgage, LLC
3451 Hammond Ave.
P.O. Box 780
Waterloo, IA 50704-0780

EMC Mortgage Corporation
c/o Relene Ruyle, CEO
2780 Lake Vista Dr.
Lewisville, TX 75067

EMC Mortgage Corporation
c/o    Stephen Goleen, President
2780 Lake Vista Dr.
Lewisville, TX 75067

EMC Mortgage Corporation
c/o Relene Ruyle, CEO
800 State Hwy 121 Bypass
Lewisville, TX 75067

EMC Mortgage Corporation
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324