UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.  09-33928-BKC-
ROBERTO GUENECHEA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,564.65 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 8-27-15

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

ROBERTO GUENECHEA
4854 NW 7 ST #503
MIAMI, FL 33126

ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012

CITIFINANCIAL AUTO CORP
POB 182287
COLUMBUS, OH 43218

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA


IN RE:                            CASE NO.  09-33928-BKC-
ROBERTO GUENECHEA


                                  CHAPTER 13


   ROBERTO GUENECHEA

   4854 NW 7 ST #503
   MIAMI, FL 33126


   ROBERT SANCHEZ, ESQUIRE
   355 W 49 STREET
   HIALEAH, FL 33012


   CITIFINANCIAL AUTO CORP      ---------$        1,564.65
   POB 182287
   COLUMBUS, OH 43218

                                           UNDELIVERABLE/STALE
                                           CLAIM REGISTER# 1

   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```